**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| TERRY LYNN MOYERS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0959 |
| | ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, | ) | Magistrate Judge Griffin |
| | ) | |
| Defendant. | ) | |

## O R D E R

Upon reassignment of this case to Judge Trauger, it is hereby **ORDERED** that the case

shall remain on referral to the Magistrate Judge.

It is so **ORDERED**.

ENTER this 16th day of July 2014.

_____
ALETA A. TRAUGER
U.S. District Judge